**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NO. 3:25-cr-00092** |
| | ) | |
| **Celso Martinez-Ortiz,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER  SCHEDULING  AN  ARRAIGNMENT**

An arraignment in this case is scheduled as follows:

| Place: U.S. Courthouse 719 Church Street Nashville, TN 37203 | Courtroom No: 3D |
|---|---|
| | Date and Time:   05/02/2025 at 10:30am |

IT IS SO ORDERED.

BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE